IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,                                    No. CIV S-04-1649-DFL-CMK

        Plaintiff,

   vs.                                                            ORDER

STATE OF CALIFORNIA, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On September 1, 2004, the court directed plaintiff to submit either an application for leave to proceed in forma pauperis or the filing fee within 30 days.  That order was served by the Clerk of the Court on plaintiff at his address of record.  That order was returned as undeliverable on October 13, 2004.  On March 3, 2005, plaintiff submitted a document to the court.  That document reflects that plaintiff changed addresses.  In the interest of justice, the court construes the March 3, 2005, document as a notice of change of address and will direct the Clerk of the Court to update the court's docket to reflect plaintiff's new address.  The court will also provide plaintiff an additional opportunity to comply with the court's initial September 1, 2004, order.  Plaintiff is warned that failure to comply with the court's order may result in dismissal of

1

this case.

        Accordingly, IT IS HEREBY ORDERED that:

        1.      The Clerk of the Court is directed to update the court's docket to reflect the following address of record for plaintiff, as shown on his March 3, 3005, document:

>Metropolitan State Hospital
>11401 S. Bloomfield Avenue
>Norwalk, California, 90650

        2.      The Clerk of the Court is further directed to re-serve the court's September 1, 2004, order on plaintiff at the above address;

        3.      Within 30 days of the date of re-service of the September 1, 2004, order, plaintiff shall submit either a completed application to proceed in forma pauperis or the filing fee for this action; and

        4.      The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 5, 2005.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE