IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Plaintiff,                 No. CIV S-04-1649 DFL CMK P

    vs.

SAN JOAQUIN JAIL, et al.,

    Defendants.            ORDER

_____/

        On July 17, 2006, plaintiff filed a request to proceed to trial and to be provided with an attorney. This civil rights action was closed on February 1, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 16, 2006.

                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE

/bb
mill 04cv1528.58